**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

MALIBU MEDIA, LLC,                              )
                                                )
      Plaintiff,                          )    Civil Case No. 1:17-cv-02514-ABJ
                                                )
v.                                              )
                                                )
JOHN DOE subscriber assigned IP address         )
100.15.195.218,                                 )
                                                )
      Defendant.                          )
_____)

## PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE JOHN DOE DEFENDANT WITH A SUMMONS AND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, move for entry of an order extending the time within which Plaintiff has to serve the John Doe Defendant with a Summons and Amended Complaint, and states:

1.    Plaintiff commenced this action against the internet subscriber assigned IP 100.15.195.218 ("Defendant") on November 20, 2017, at which time it filed a complaint alleging that Defendant copied and distributed one or more of Plaintiff's copyrighted works, all without Plaintiff's consent. *See* CM/ECF 1. Plaintiff asserted a claim for direct copyright infringement, and requested that Defendant delete and permanently remove, and be enjoined from continuing to infringe, Plaintiff's copyrighted works. *See id*.

2.    On December 20, 2017, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Verizon Online, LLC, to obtain the Defendant's identifying information. Plaintiff issued the subpoena on December 22, 2017 and received the ISP's response on February 7, 2018.

3.      Upon receipt of the subscriber's identifying information, Plaintiff conducted a thorough investigation and determined that the subscriber was indeed the infringer.  Plaintiff is in the process of preparing its Amended Complaint to name the Defendant.

4.      Pursuant to Fed. R. Civ. P Rule 4(m), Plaintiff is required to effectuate service on the Defendant by no later than February 20, 2018.

5.      Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended until at least forty-five (45) days, or until April 6, 2018.

6.      This motion is made in good faith and not for the purpose of undue delay.

7.      None of the parties will be prejudiced by the granting of this extension.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until April 6, 2018.  A proposed order is attached for the Court's convenience.

Dated: February 9, 2018                    Respectfully submitted,

MALIBU MEDIA, LLC.
PLAINTIFF
By:  /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
*Counsel*
Law Offices of Jon A. Hoppe,
Esquire, LLC
1629 K St. NW, Ste.300,
Washington, DC. 20006
(202) 587-2994 x2601 (ph.)

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>/s/ <em>Jon A. Hoppe</em></u>